IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY CO., *Plaintiff*, v. JARED HUNT and LYNN POTTER, *Defendants*. | CIVIL ACTION NO. 14-06673 |

## ORDER

**AND NOW**, this 4th day of May, 2015, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 8), and Defendants' failure to respond thereto, it is hereby **ORDERED** that:

1. The Motion for Default Judgment is **GRANTED**;

2. Judgment is **ENTERED** in favor of Plaintiff State Farm Fire & Casualty Company. Plaintiff does not have a duty to defend or indemnify Defendant Jared Hunt in the Underlying Action; and

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.